UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VRINDER SINGH RANDHAWA, et al., | Case No. 2:24-cv-01540-DAD-CSK |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT FURTHER LEAVE TO AMEND |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | (Doc. Nos. 25, 38, 39.) |
| Defendants. | |

Plaintiffs, proceeding *pro se*, initiated this civil action on May 31, 2024. (Doc. No. 1.) The action now proceeds on plaintiffs' first amended complaint filed November 18, 2024. (Doc. No. 11.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

On August 12, 2025, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion to dismiss plaintiffs' first amended complaint, (Doc. No. 25) be granted without leave to amend. (Doc. No. 38.) Specifically, the magistrate judge concluded that plaintiffs' first amended complaint should be dismissed for the following reasons: (1) plaintiff AKR is a minor lacking legal representation and the minor's parent(s) proceeding *pro se* cannot represent the minor (*id*. at 9–10); (2) due to plaintiffs' failure to effect proper service upon the named defendants (*id*. at 11–14); and (3) plaintiffs have failed to state any cognizable

1

1  claim against any of the named defendants (*id*. at 14–20).  Finally, the magistrate judge found
2  that, among other reasons, because plaintiffs had failed to state a claim upon which relief can be
3  granted, because this court lacks subject matter jurisdiction as to the majority of the claims
4  asserted, and because plaintiff Vrinder Randhawa was twice before, in other actions brought,
5  advised of the pleading deficiencies found in the plaintiffs' first amended complaint and failed to
6  correct those deficiencies, the granting of leave to amend would be futile.  (*Id*. at 20–22.)

7       The pending findings and recommendations were served on the parties and contained
8  notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at
9  23.)  On August 25, 2025, plaintiffs filed a 110–page document entitled "Motion to Alter or
10 Amend Judgment" wherein plaintiff objected to the August 12, 2025 findings and
11 recommendations, or in the alternative, if final judgment has been entered, sought to alter or
12 amend the judgment pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure.
13 (Doc. No. 39 at 7.)  Specifically, plaintiffs seek leave to file an amended complaint in an attempt
14 to cure the deficiencies identified in the pending findings and recommendations.  (*Id.* at 8–13.)
15 Because final judgment has not been entered in this action, the court construes this filing as
16 plaintiffs' objections to the August 12, 2025 findings and recommendations.  Nonetheless, no
17 argument advanced by plaintiff Vrinder Randhawa, the only plaintiff to sign the objections,
18 provides any basis upon which to call into question the analysis set forth in the pending findings
19 and recommendations or to reject the recommendation that defendants' motion to dismiss be
20 granted without leave to amend.

21       In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.
22 The Court has carefully reviewed the file, including plaintiffs' Motion to Alter or Amend
23 Judgment construed to be plaintiffs' objections, and finds the findings and recommendations are
24 supported by the record and by proper analysis.

25       Accordingly:
26    1.    The findings and recommendations (Doc. No. 38) are adopted in full;
27    2.    The defendants' motion to dismiss (Doc. No. 25) is granted;
28 /////

3. Plaintiffs' first amended complaint is dismissed without leave to amend; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 15, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE