UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VRINDER SINGH RANDHAWA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No. 2:24-cv-01540-DAD-CSK (PS)<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| VRINDER SINGH RANDHAWA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:25-cv-02734-DAD-SCR (PS)<br><br>**New Case No. 2:25-cv-02734-DAD-CSK (PS)** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).[1] Accordingly, assignment of the above-captioned actions to the

---

[1] Defendants, in their notice of related cases, argue that "[p]laintiff is not allowed to re-file his prior lawsuit under a new case number" and "defendants should not have to respond to any of Plaintiff's filings in this new and improper lawsuit." (Doc. No. 49 at 1–2.) Plaintiff Vrinder Singh Randhawa responds by arguing that refiling is proper here because the previous case was dismissed for failure to exhaust, and plaintiff has since exhausted. (Doc. No. 50 at 1–2.) These arguments advanced by the parties do not bear on whether the two cases are related. If defendants seek to dismiss the new action as improperly filed, they must file an appropriately noticed motion to dismiss.

1

same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 2:25-cv-02734-DAD-SCR (PS) remain assigned to the undersigned and is reassigned to Magistrate Judge Chi Soo Kim. The caption on documents filed in the reassigned case shall be shown as: 2:25-cv-02734-DAD-CSK (PS). It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **October 21, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2